FILED
 2007 Dec-20  PM 03:20
 U.S. DISTRICT COURT
    N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ARTHUR JAMES TIGNER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 1:07-cv-01363-KOB-TMP |
| | ) |
| LT. ETHRIDGE, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

The magistrate judge filed a report and recommendation on November 28, 2007, recommending that the plaintiff's claims against Warden Rodney Huntley and Sgt. Kerens be dismissed pursuant to 28 U.S.C. § 1915A(b)(1). The magistrate judge further recommended that the plaintiff's Eighth Amendment medical claim against Lieutenant Ethridge be referred to him for further proceedings. No objections have been filed by the plaintiff.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and hereby is ADOPTED and the magistrate judge's recommendation is ACCEPTED. It is therefore ORDERED, ADJUDGED, and DECREED that all of the plaintiff's claims in this action, except the plaintiff's Eighth Amendment medical claim against Lieutenant Ethridge, are DISMISSED pursuant to 28 U.S.C. § 1915A(b)(1). It is further ORDERED that the plaintiff's Eighth Amendment medical claim against Lieutenant Ethridge is REFERRED to the magistrate judge for further proceedings.

The Clerk is DIRECTED to serve a copy of this order upon the plaintiff.

DATED this 20th day of December, 2007.

/s/ Karon O. Bowdre
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE